**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLANCA ELIZABETH CHINCHILLA, an individual,<br><br>                    Plaintiff,<br><br>        v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; LOS ANGELES-M INC., a California Corporation; and DOES 1 through 30, inclusive,<br><br>                    Defendants. | Case No.: 2:25-cv-02223-MWC-SSC<br><br>**JUDGEMENT RE: PLAINTIFF'S ATTORNEYS' FEES, COSTS, AND EXPENSES** |

The Court, having considered the March 25, 2026, Order Granting in part Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses ("Order", Dkt. No. 33), **ORDERS, ADJUDGES, AND DECLARES** as follows:

1.      On February 16, 2026, Plaintiff submitted Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses ("Motion") (Dkt. No. 27) along with an Application to the Clerk to Tax Costs in the amount of $3,544.21 (Dkt. No. 28).

2.      On March 25, 2026, the Court granted Plaintiff's Motion in part awarding Plaintiff's attorneys' fees in the amount of $23,492.50 and notifying that the costs would be addressed separately by the Clerk of the Court.

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED THAT:**

1.      Plaintiff is entitled to attorneys' fees in the amount of $23,492.50, in her favor and against Defendant MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company ("Defendant").

2.      Defendant shall satisfy the terms of this judgment and pay the attorney fees in the total amount of $23,492.50 within forty-five (45) days of the entry of this judgment.

**IT IS SO ORDERED.**

Dated: April 1, 2026

_____

HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT COURT JUDGE

2